**Order filed March 25, 2021.**



**In The**

# 𝔉𝔬𝔲𝔯𝔱𝔢𝔢𝔫𝔱𝔥 𝔠𝔬𝔲𝔯𝔱 𝔬𝔣 𝔄𝔭𝔭𝔢𝔞𝔩𝔰

_____

## NO. 14-19-00936-CR

_____

**TERRANCE A. BOHANNA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 184th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1558383**

---

## ORDER

This court has determined, pursuant to Texas Rule of Appellate Procedure 34.5(f), that it must inspect the original of State's Exhibit 27, the redacted DVD of appellant's statement to police.

The clerk of the 184th District Court is directed to deliver to the clerk of this court the original of State's Exhibit 27 on or before **April 5, 2021.** The clerk of this court is directed to receive, maintain, and keep safe this original exhibit; to deliver it to the justices of this court for their inspection; and, upon completion of inspection, to return the original to the clerk of the 184th District Court.

PER CURIAM

Panel Consists of Justices Bourliot, Zimmerer, and Spain.